IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02636-RPM

JUSTIN HANDLIN and
LYNNE HANDLIN,

      Plaintiffs,
v.

LIBERTY MUTUAL INSURANCE COMPANY,

      Defendant.

---

ORDER MODIFYING SCHEDULING ORDER

---

On May 19, 2011, the defendant filed a motion to modify the scheduling order, seeking to extend the time for designation of contradicting experts to January 31, 2012, and rebuttal experts to February 21, 2012, with completion of discovery extended to March 16, 2012. In support, defendant has submitted copies of e-mail communications concerning difficulties in scheduling an IME of the plaintiff and indicating the plaintiff may be scheduled for additional surgery. The submission of e-mail communications between counsel is considered inappropriate and contrary to professional courtesy. The need for extending the dates for the extended periods indicated is not apparent. This case involves a claim for substantial injuries and should proceed without unnecessary delay. Accordingly, it is

      ORDERED that the scheduling order is modified as follows:

      a.    Deadline for contradicting experts is extended to September 30, 2011;

      b.    Deadline for any rebuttal opinions of experts is extended until October 28, 2011; and

      c.      Deadline for completion of discovery is extended until December 1, 2011.

It is

      FURTHER ORDERED that no additional e-mail communications between counsel will be filed in this case.

      Dated:    May 20th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge