IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02636-RPM

JUSTIN HANDLIN and
LYNNE HANDLIN,

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

      Defendant.

---

### ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY COUNSEL

---

Upon review of the Defendant's Motion to Disqualify Counsel for Plaintiffs, filed July 8, 2011, and the plaintiffs' response, filed August 1, 2011, and it being premature to determine whether at trial of this civil action Mr. Ogborn will be a necessary witness, a matter which will be determined at a pretrial conference, it is

ORDERED that the motion to disqualify is denied.

Dated:  August 3rd, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge