# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02636-RPM

**JUSTIN HANDLIN and**
**LYNNE HANDLIN,**

    **Plaintiffs,**

**v.**

**LIBERTY MUTUAL INSURANCE COMPANY,**

    **Defendant.**

___

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
___

    Upon review of Plaintiff's Unopposed Motion to Modify Scheduling Order, filed December 1, 2011, it is

    ORDERED that the Motion is granted. The scheduling order is modified such that the deadline for Plaintiffs to depose Nicole Sarff is extended to December 15, 2011.

Dated:   December 5th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge