# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    January 9, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 10-cv-02636-RPM

| | |
|---|---|
| JUSTIN HANDLIN and | Michael P. Cross |
| LYNNE HANDLIN, | Michael J. Ogborn |

     Plaintiffs,

v.

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | Brian J. Spano |
| a Massachusetts corporation, | |

     Defendant.
-------------------------

| | |
|---|---|
| Nicole Sarf Crandall | Shannon B. Sharrock |

     Non-Party Deponent

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Protective Order or
in the Alternative to Quash or Modify Amended Notice of Deposition**

**10:30 a.m.        Court in session.**

Nicole Sarf Crandall present.

Court's preliminary remarks.

Mr. Spano agrees bad faith and unreasonable denial are the issues. The defendant is not contesting U.M. coverage.

10:34 a.m.        Argument by Mr. Cross.
Argument by Mr. Ogborn.

**ORDERED:    Non Party Deponent Nicole Sarf Crandall's Motion for Protective Order, or in Alternatively, to Quash or Modify Amended Notice of Deposition [29], is granted.**

Mr. Ogborn and Mr. Spano agree to plaintiffs' request for a short extension of time with respect to retaining a bad faith expert.

**10:40 a.m.        Court in recess.**        Hearing concluded.  Total time: 10  min.