# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02636-RPM

**JUSTIN HANDLIN and
LYNNE HANDLIN,**

    **Plaintiffs,**

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**

    **Defendant.**

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

ON THE MATTER of the parties' Stipulation for Dismissal with Prejudice, and having been fully advised on the premises,

THIS COURT hereby grants the Stipulation for Dismissal with Prejudice. THIS COURT ORDERS that Plaintiffs' Complaint filed herein shall be dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs incurred in connection with this action.

Dated: April 10, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge